USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS TORRES,

Plaintiff,

-v-

DON ALLEN MEGGELIN, *et al.*,

Defendants.

**ORDER**

26-CV-9027 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of the mediation referral in this case, ECF No. 8, the November 12, 2026 case management conference and November 9, 2026 deadline for the parties to submit a proposed case management plan are adjourned *sine die*. The parties are directed to file a joint letter not to exceed three single-spaced pages providing a status update on this matter by **January 22, 2027**.

**SO ORDERED.**

Dated: October 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge